# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

ANTHONY YAWN,

    Petitioner,

v.                                                      CASE NO. 1:11-cv-00158-MP-GRJ

SECRETARY OF DEPARTMENT OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 27, 2014. (Doc. 58). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). After being granted two extensions of time, petitioner has filed objections at Doc. 63. I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.
2. The petition under 28 U.S.C. § 2254 is denied, and a certificate of appealability is also denied.

**DONE AND ORDERED** this _4th_ day of September, 2014

                                                       *s/Maurice M. Paul*
                                                   Maurice M. Paul, Senior District Judge